UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:03CR185 (JCH) |
| VS. | : | |
| JAMES DEMPSEY | : | JANUARY 3, 2005 |

## MOTION FOR ENLARGEMENT
## OF TIME RE: SENTENCING

For the reasons which follow, the defendant moves to enlarge the time period for sentencing from January 14th, until some time after the scheduled sentencing of Kurt Claywell, No. 3:03CR103(JCH), or sometime in April 2005, which ever is sooner:

1. On June 30, 2003, the defendant, James Dempsey, pleaded guilty to a violation of Title 18 U.S.C., Section 371, Conspiracy to Defraud the United States.

2. His sentencing is presently scheduled for January 14th before this Court.

3. The defendant is presently out on bond and has been reporting to Pre-Trial Services without incident.

4. The defendant had no criminal history.

5. The defendant is cooperating with governmental officials as it relates to other pending cases including that of defendant Kurt Claywell, who has pleaded guilty to several counts.

6. At this point the government is unclear if it will need the testimony of Mr. Dempsey at Mr. Claywell's sentencing. Consequently, the government, along with the defendant, Dempsey desires his sentencing to occur after that of Mr. Claywell.

7. The defendant will forthwith submit a waiver of rights he may have under the Speedy Trial Act.

8. The defendant has been informed by the government (A.U.S.A. William Nardini) that it does not object to said motion being granted.

WHEREFORE, it is so moved that sentencing in this matter be postponed and rescheduled for some time after the date assigned for the sentencing of Kurt Claywell.

DEFENDANT, JAMES DEMPSEY

By _____
Richard R. Brown
Brown, Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT 06103
Tel. (860) 522-3343
Fed. Bar No. Ct00009

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:03CR185 (JCH) |
| VS. | : | |
| JAMES DEMPSEY | : | JANUARY 3, 2005 |

## WAIVER OF SPEEDY SENTENCING

I hereby waive my rights under the Speedy Trial Act, 18 U.S.C. §3161, et seq. and request that the time for sentencing be extended through April, 2005.

_____
James Dempsey

## CERTIFICATION

This is to certify that a copy of this motion was sent postage prepaid this 3rd day of January, 2005 to the following:

A.U.S.A. William Nardini
Office of U.S. Attorney
P.O. Box 1824
New Haven, CT 06510

U.S.P.O. Mark Myers
Office of U.S. Probation
157 Church Street, 22nd Floor
New Haven, CT 06510

U.S.P.O. Kattya Lopez
Office of U.S. Probation
450 Main Street
Hartford, CT 06103

_____
Richard R. Brown