

**FILED**
2005 JUN -1 P 12:03
UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:03CR185 (JCH) |
| VS. | : | |
| JAMES DEMPSEY | : | MAY 27, 2005 |

### MOTION FOR ENLARGEMENT OF TIME RE: SENTENCING

For the reasons which follow, the defendant moves to enlarge the time period for sentencing from June 7th, until some time after the scheduled sentencing of Kurt Claywell, No. 3:03CR103(JCH), or sometime after August 5, 2005, which ever is sooner:

*(Please note: I will be out of the country from July 18th through August 3rd.)*

1. On June 30, 2003, the defendant, James Dempsey, pleaded guilty to a violation of Title 18 U.S.C., Section 371, Conspiracy to Defraud the United States.

2. His sentencing is presently scheduled for June 7th before this Court.

3. The defendant is presently out on bond and has been reporting to Pre-Trial Services without incident.

4. The defendant had no criminal history.

5.   The defendant is cooperating with governmental officials as it relates to other pending cases including that of defendant Kurt Claywell, who has pleaded guilty to several counts.

6.   At this point the government is unclear if it will need the testimony of Mr. Dempsey at Mr. Claywell's sentencing, presently scheduled for June. Consequently, the government, along with the defendant, Dempsey desires his sentencing to occur after that of Mr. Claywell.

7.   The defendant will forthwith submit a waiver of rights he may have under the Speedy Trial Act.

8.   The defendant has been informed by the government (A.U.S.A. William Nardini) that it does not object to said motion being granted.

WHEREFORE, it is so moved that sentencing in this matter be postponed and rescheduled for some time after the date assigned for the sentencing of Kurt Claywell.

DEFENDANT, JAMES DEMPSEY

By _____
Richard R. Brown
Brown, Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT 06103
Tel. (860) 522-3343
Fed. Bar No. Ct00009

## CERTIFICATION

This is to certify that a copy of this motion was sent postage prepaid this 27th day of May, 2005 to the following:

A.U.S.A. William Nardini
Office of U.S. Attorney
P.O. Box 1824
New Haven, CT 06510

U.S.P.O. Mark Myers
Office of U.S. Probation
157 Church Street, 22nd Floor
New Haven, CT 06510

U.S.P.O. Kattya Lopez
Office of U.S. Probation
450 Main Street
Hartford, CT 06103

_____
Richard R. Brown