FILED

2005 JUN -1 P 12: 03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:03CR185 (JCH) |
| VS. | : | |
| JAMES DEMPSEY | : | MAY 31, 2005 |

### WAIVER OF SPEEDY SENTENCING

I hereby waive my rights under the Speedy Trial Act, 18 U.S.C. §3161, et seq. and request that the time for sentencing be extended through August, 2005.

*/s/ James Dempsey*

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767

## **CERTIFICATION**

     This is to certify that a copy of this motion was sent postage prepaid this 31st day of May, 2005 to the following:

A.U.S.A. William Nardini
Office of U.S. Attorney
P.O. Box 1824
New Haven, CT 06510

U.S.P.O. Mark Myers
Office of U.S. Probation
157 Church Street, 22nd Floor
New Haven, CT 06510

U.S.P.O. Kattya Lopez
Office of U.S. Probation
450 Main Street
Hartford, CT 06103

                                        Richard R. Brown