

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:03CR185 (JCH) |
| VS. | : | |
| JAMES DEMPSEY | : | AUGUST 16, 2005 |

## SENTENCING MEMORANDUM

The defendant, James Dempsey, who is scheduled for sentencing at 11:00 a.m. on August 31st, files this memorandum in support of his request for a non-custodial sentence.

Mr. Dempsey in June of 2003, entered a plea of guilty to one count of 18 U.S.C., 371, Conspiring to Impair and Impede the IRS. It is admitted that in August of 1998, Mr. Dempsey, along with others, assisted Kurt Claywell, for whom he performed work as a bookkeeper, did create false documents concerning Claywell Electric Co., Inc. This was done at Mr. Claywell's request. The documents concerned payments to subcontractors for the tax years 1996 and 1997. The purpose of these printouts was to ultimately deceive the IRS; this would result in favorable tax consequences for Mr. Claywell.

James Dempsey prior to said misconduct had no criminal history. While he did not derive any specific economic gain, he did get to keep his part-time employment with Mr. Claywell. It was determined that the economic loss associated with this wrongdoing was estimated as between $8,000 and $13,500 by the government.

Mr. Dempsey blames no one but himself for giving into the pressure of Mr. Claywell to perform these illegal acts. He offers no excuses for his lack of good judgment. In order to make amends, he instructed counsel to inform the government that not only would he admit his guilt and forego his constitutional right to trial, but he would fully and quickly cooperate with the government (A.U.S.A. William Nardini). As a result of his attitude, he pleaded guilty to an Information. He then proceeded to meet on several occasions with members of the U.S. Attorney's office and with agents of the IRS. This will result in a 5K1 Motion being filed by the Office of the U.S. Attorney.

The reason the sentencing has been delayed almost <u>two</u> years is due to the desire of the Office of the U.S. Attorney to have Mr. Dempsey available, should he be needed, at the sentencing of Mr. Claywell. As a result, Mr. Dempsey has spent an additional two years under the thumb of the Office of U.S. Probation. He has fully complied with all their and the court's conditions for pre-sentencing release. Obviously, this has been somewhat difficult in that the delayed sentencing has kept his anxiety level pretty high; the fear any defendant has in facing the court for sentencing. He recognizes, however, that this state of limbo is part of the price he had to pay for his misdeeds. It is only suggested that it would be fair for this court to factor this cooperation and its

consequences into the sentencing. Just like his life before this incident in the 90's and since his arrest, he has led an honest, hardworking life, interacting with his family.

This whole incident has been difficult for him. He is very much shameful of his misdeeds and seeing his good name associated with wrongdoing. He was humbled having to disclose his misdeeds to his loved ones and live with the stigma of being labeled a criminal. In sum, Mr. Dempsey's conduct has already inflicted serious consequences on him and his loved ones. He tried to prove through his deeds that he can lead an honest life. He apologizes to the court for his misconduct. He asks for the opportunity to be sparred prison and given a chance to continue on his road to rehabilitate himself and continue his role as a good citizen.

> DEFENDANT, JAMES DEMPSEY
>
> By _____
> Richard R. Brown
> Brown, Paindiris & Scott, LLP
> 100 Pearl Street
> Hartford, CT 06103
> Tel. (860) 522-3343
> Fed. Bar No. Ct00009

## CERTIFICATION

This is to certify that a copy of this motion was sent postage prepaid this 16th day of August, 2005 to the following:

A.U.S.A. William Nardini
Office of U.S. Attorney
P.O. Box 1824
New Haven, CT 06510

U.S.P.O. Mark Myers
Office of U.S. Probation
157 Church Street, 22nd Floor
New Haven, CT 06510

U.S.P.O. Kattya Lopez
Office of U.S. Probation
450 Main Street
Hartford, CT 06103

_____
Richard R. Brown