UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:03CR185 (JCH) |
| VS. | : | |
| JAMES DEMPSEY | : | AUGUST 26, 2005 |

### MOTION FOR ENLARGEMENT
### OF TIME RE: SENTENCING

For the reasons which follow, the defendant moves to enlarge the time period for sentencing from August 31st, until sometime after October 1, 2005:

1. On June 30, 2003, the defendant, James Dempsey, pleaded guilty to a violation of Title 18 U.S.C., Section 371, Conspiracy to Defraud the United States.

2. His sentencing is presently scheduled for August 31st before this Court.

3. The defendant is presently out on bond and has been reporting to Pre-Trial Services without incident.

4. The defendant had no criminal history.

5. At this point, Mr. Dempsey pre-sentence report is not yet available.

6. U.S.P.O. Mark Myers needs said time to complete his report.

7. The defendant will forthwith submit a waiver of rights he may have under the Speedy Trial Act.

8. The defendant has been informed by the government (A.U.S.A. William Nardini) that it does not object to said motion being granted.

WHEREFORE, it is so moved that sentencing in this matter be postponed and rescheduled for some time after October 1st.

DEFENDANT, JAMES DEMPSEY

By_____
Richard R. Brown
Brown, Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT 06103
Tel. (860) 522-3343
Fed. Bar No. Ct00009

## CERTIFICATION

     This is to certify that a copy of this motion was sent postage prepaid this 26th day of August, 2005 to the following:

A.U.S.A. William Nardini
Office of U.S. Attorney
P.O. Box 1824
New Haven, CT 06510

U.S.P.O. Mark Myers
Office of U.S. Probation
157 Church Street, 22nd Floor
New Haven, CT 06510

U.S.P.O. Kattya Lopez
Office of U.S. Probation
450 Main Street
Hartford, CT 06103

_____
Richard R. Brown