## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **NO. 3:03CR185 (JCH)** |
| **VS.** | : | |
| **JAMES DEMPSEY** | : | **AUGUST 29, 2005** |

### WAIVER OF SPEEDY SENTENCING

I hereby waive my rights under the Speedy Trial Act, 18 U.S.C. §3161, et seq.

and request that the time for sentencing be extended through November, 2005.

_____
James Dempsey

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW

100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767

## **CERTIFICATION**

This is to certify that a copy of this motion was sent postage prepaid this 29th day of August, 2005 to the following:

A.U.S.A. William Nardini
Office of U.S. Attorney
P.O. Box 1824
New Haven, CT 06510

U.S.P.O. Mark Myers
Office of U.S. Probation
157 Church Street, 22nd Floor
New Haven, CT  06510

U.S.P.O. Kattya Lopez
Office of U.S. Probation
450 Main Street
Hartford, CT  06103

_____
Richard R. Brown